IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Marvin L. Hughes,                                        :
                                                         :
            Petitioner(s),                               :
                                                         :   Case Number: 1:10cv91
      vs.                                                :
                                                         :   Chief Judge Susan J. Dlott
Warden, Chillicothe Correctional Institution,            :
                                                         :
            Respondent(s).                                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Michael R. Merz filed on April 27, 2011 (Doc. 13), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired May 16, 2011, hereby

ADOPTS said Report and Recommendation.

Accordingly, based on the analysis of the Report and Recommendation it is **ORDERED**

that the petition is **DISMISSED** with prejudice.  Since reasonable jurists would not disagree, the

petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of

appealability.

IT IS SO ORDERED.


                                            ___s/Susan J. Dlott_____
                                            Chief Judge Susan J. Dlott
                                            United States District Court